IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: NATHAN CLARK & LORI ANN SPARKMAN  )
                                         )
GMAC MORTGAGE CORPORATION,               )
         Creditor,                       )
    vs.                                  ) CASE NO. 04B36885
                                         ) JUDGE BRUCE W. BLACK
NATHAN CLARK & LORI ANN SPARKMAN,        )
                     Debtor              )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes GMAC Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the July 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of May 15, 2007.

    a. Attorney's Fees            $250.00

    b. Property Inspections        $60.00

    c. Outstanding Fees           $250.00

    Total                         $560.00

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, GMAC Mortgage Corporation rights to collect these amounts will remain unaffected.

Respectfully Submitted,
GMAC Mortgage Corporation

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088