```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 36885
   NATHAN C SPARKMAN
   LORI A SPARKMAN                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-2207      SSN XXX-XX-8513
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/05/04 and confirmed on 11/24/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 133250.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | 65853.43 | .00 | 65853.43 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 1922.92 | .00 | 1922.92 |
| CHASE HOME EQUITY | SECURED | 19780.00 | .00 | 19780.00 |
| CHASE HOME EQUITY | NOTICE ONLY | NOT FILED | .00 | .00 |
| BEST BUY/HRS | SECURED | 125.00 | 10.22 | 125.00 |
| CHASE MANHATTAN AUTOMOTI | SECURED VEHIC | 11500.00 | 1126.14 | 11500.00 |
| CHASE MANHATTAN AUTOMOTI | SECURED VEHIC | 11425.00 | 1118.81 | 11425.00 |
| NEW FALLS CORPORATION | SECURED VEHIC | 1500.00 | 146.91 | 1500.00 |
| SMC | UNSECURED | 465.91 | .00 | 118.25 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 25459.80 | .00 | 6461.85 |
| DISCOVER BANK | UNSECURED | 4537.54 | .00 | 1151.65 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2074.91 | .00 | 526.62 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8777.04 | .00 | 2227.66 |
| NEW FALLS CORPORATION | UNSECURED | 30.86 | .00 | 7.83 |
| CHASE MANHATTAN AUTOMOTI | UNSECURED | 2546.79 | .00 | 646.39 |
| CHASE MANHATTAN AUTOMOTI | UNSECURED | 831.02 | .00 | 210.92 |

            Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 112106.35 | .00 | 44723.87 | .00 | 156830.22 |
| PRINCIPAL PAID | 112106.35 | .00 | 11351.17 | .00 | 123457.52 |
| INTEREST PAID | 2402.08 | .00 | .00 | .00 | 2402.08 |
| TOTAL PAID | 114508.43 | .00 | 11351.17 | .00 | 125859.60 |

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $   2700.00
and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $   5690.40 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 08/19/08                          /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE